denied. *Mr. Edmund S. Kochersperger* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for the United States.

No. 931. McLEOD, SHERIFF, ET AL. *v.* COOPER, TRUSTEE. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. John B. Sutton* and *A. U. Brubaker* for petitioners. *Mr. Fred W. Brown* for respondent.

No. 933. GULF, M. & N. R. Co. ET AL. *v.* KELLY. June 1, 1937. Petition for writ of certiorari to the Supreme Court of Mississippi denied. *Messrs. Ellis B. Cooper* and *J. N. Flowers* for petitioners. *Mr. Marion W. Reily* for respondent.

No. 935. RATIGAN *v.* UNITED STATES. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Marshall B. Woodworth* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron* and *W. Marvin Smith* for the United States.

No. 936. FAN SHAN HANG *v.* PRESTLIEN. June 1, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Lane Summers, W. H. Hayden,* and *F. T. Merritt* for petitioner. *Messrs. Robert E. Bronson* and *H. B. Jones* for respondent.